UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>STEFAN K. WHEAT, *et al.*,<br><br>          Defendants. | Case No. C23-1165-RSL<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION |

This matter comes before the Court on plaintiff Cortez Daundre Jones' amended application to proceed in forma pauperis ("IFP"), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the objections thereto (Dkt. # 9). Having reviewed the record as a whole, the Court finds that the request to proceed IFP must be denied. Mr. Jones has made blatantly contradictory statements under penalty of perjury regarding his income, assets, and expenses, making it impossible to determine that he is entitled to the relief requested. Mr. Jones' recent assertion that he mistakenly declared income from investments that he cannot access as amounts of money received during the past twelve months does not explain how his "net monthly salary" went from $35,000 to $0, how his "disability,

unemployment, workers compensation or public assistance" went from $32,000 per year to $0, or how his monthly expenses went from $4,000 to $0. *Compare* Dkt. # 1 *with* Dkt. # 6.

For all of the foregoing reasons, plaintiff's amended IFP application (Dkt. # 6) is DENIED. Plaintiff is directed to pay the $402.00 filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice and to close the file.

Dated this 19th day of September, 2023.

*[signature]*

ROBERT S. LASNIK
United States District Judge

ORDER DENYING IN FORMA PAUPERIS
APPLICATION - 2