UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

    Plaintiff,

  v.

STEFAN K. WHEAT, et al.,

    Defendants.

Case No. C23-1165RSL

ORDER TO SHOW CAUSE

    On August 21, 2023, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a Report and Recommendation in the above entitled matter, Dkt. # 8. The Report and Recommendation was mailed to plaintiff, but was returned unopened on October 5, 2023, Dkt. # 11, as plaintiff apparently no longer resides at the address on file with the Court.

    The Clerk of Court is directed to note a "Rule 41 dismissal proceeding" on the calendar for January 5, 2024. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

    DATED this 31st day of October, 2023.

                                                      Robert S. Lasnik
                                                    United States District Judge

ORDER TO SHOW CAUSE - 1